UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Eric J Clayman, Esquire
Clayman Law LLC
1814 East Route 70, Suite 350
Cherry Hill, NJ, 08003
856-777-5877
Eric@Clayman-Law.com
Attorney for Debtor

In Re:

Nocon, Jeffrey Edgar P.

Case No.: 26-10001

Chapter: 13

Adv. No.: ____________

Hearing Date: 1/29/2026

Judge: Andrew B. Altenburg J

# CERTIFICATION OF SERVICE

1. I, Kristin L. Thomas :

☐ represent ______________________ in this matter.

☒ am the secretary/paralegal for Eric J. Clayman Law, who represents Jeffrey Nocon in this matter.

☐ am the ____________________ in this case and am representing myself.

2. On 1/2/2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
Chapter 13 Plan and Motions filed 1/1/2026

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 1/2/2026

/s/ Kristin L. Thomas
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Victoriana Associates, LLC<br>c/o Mohammad Abdeljawad<br>16 Tulane Ave<br>Voorhees, NJ 08043 | Landlord | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mazda Credit<br>6400 Main St Ste 200<br>Williamsville, NY 14221-5803 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |